IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORHTERN DIVISION

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
SEP 01 2015
ARTHUR JOHNSTON
BY DEPUTY

UNITED STATES OF AMERICA

v. CRIMINAL NO. 3:15Cr 73WHB-FKB

DONTEA BASS,
SAMUEL TRIPLETT, and
CORTEZ DAVIS

18 U.S.C. § 1152
MCA § 97-17-33

**The Grand Jury charges:**

That on or about May 31, 2014, in Neshoba County, in the Northern Division of the Southern District of Mississippi, on lands within the confines of the Pearl River Community of the Choctaw Indian Reservations in the Indian Country, the defendants, **DONTEA BASS, SAMUEL TRIPLETT, and CORTEZ DAVIS,** non-Indians, aided and abetted by one another and others known and unknown to the Grand Jury, unlawfully broke into and entered the Mississippi Band of Choctaw Indians' Beach Club at Geyser Falls Water Theme Park, with the intent to commit therein the crime of larceny.

All in violation of Sections 1152, 13 and 2, Title 18, United States Code, and Mississippi Code Annotated, Section 97-17-33 (1972, as Amended).

Gregory K. Davis
GREGORY K. DAVIS
United States Attorney

A TRUE BILL:
S/SIGNATURE REDACTED
Foreperson of the Grand Jury

This indictment was returned in open court by the foreperson or deputy foreperson of the grand jury on this the 1st day of September, 2015.

Linda R. Anderson
~~UNITED~~ STATES MAGISTRATE JUDGE
UNITED
LRA